U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____M
4/3 2015
_____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR513-00003-3 |
| | ) | |
| Justin Deen | ) | |

ORDER TO MODIFY THE
CONDITIONS OF SUPERVISED RELEASE

On July 9, 2013, the defendant, Justin Deen, appeared before the Court and was sentenced to sixteen (16) months imprisonment to be followed by three (3) years supervised release for the offense of conspiracy to receive and utter stolen U.S. Treasury checks, in violation of 18 U.S.C. § 371.

On September 22, 2014, the Court modified the conditions of supervised release to include a curfew after the defendant submitted a urine specimen which tested positive for marihuana.

On March 30, 2015, the defendant, represented by Attorney Johnny W. Brantley, appeared for a revocation hearing after the United States Probation Office filed petitions alleging he had violated the terms and conditions of his supervised release by testing positive for controlled substances on six (6) separate occasions and failing to abide by his curfew. Furthermore, on the same day, the defendant tested positive for a seventh time. The Court, after hearing testimony, made findings on the record that the defendant had violated the terms and conditions of his supervised release.

The Court, after having reviewed and considered the revocation policy statements developed by the United States Sentencing Commission, orders the conditions of the defendant's

supervised release be modified to include that the defendant must remain at the New Hope Recovery Center in Douglas, Georgia, until the probation officer grants approval for his discharge from the home. Additionally, the defendant is to submit to at least one drug test every two (2) weeks and all urine screen submissions must return negative results.

All other mandatory, standard, and special conditions of supervised release previously imposed on July 9, 2013, and subsequently modified on September 22, 2014, shall remain in full force and effect.

SO ORDERED this 3RD day of April 2015.

_____
William T. Moore, Jr.
Judge, U.S. District Court

APRIL 3, 2015
_____
Date